In the Matter of ALBERT ESCOBAR, Petitioner, v. BURTON ROBERTS, as District Attorney, et al., Respondents.—

708

Concur — McGivern, J. P., Markewich, Nunez, Kupferman and Tilzer, JJ.